# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140033

CHRISTINA MARTINELLI and JOHN
SANDLIN, III, Individually and as Co-Personal
Representatives of the Estate of Elizabeth
Kitchen,
          Plaintiffs-Appellees,

v

                                  SC: 140033
                                  COA: 283923
                                  Wayne CC: 05-524387-NH

OAKWOOD HOSPITAL & MEDICAL
CENTER,
          Defendant,
and

MICHAEL DARGAY, D.O.,
          Defendant-Appellant
_____/

On order of the Court, the application for leave to appeal the October 15, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2010

0125

_____
Clerk